WG grade, $\frac{1}{8}''$ thick, $28\frac{3}{4}'' \times 14\frac{3}{8}''$
$26\frac{3}{4}'' \times 14\frac{3}{8}''$
$21\frac{1}{4}'' \times 14\frac{3}{8}''$
$20\frac{7}{8}'' \times 14\frac{3}{8}''$
$19\frac{3}{4}'' \times 14\frac{3}{8}''$
$14\frac{3}{4}'' \times 10\frac{1}{4}''$

(Reap. Dec. 9824)

PLYWOOD & DOOR WESTERN CORPORATION *v.* UNITED STATES

Entry No. 5408, etc.

(Decided October 27, 1960)

*James Wilson Young* for the plaintiff.

*George Cochran Doub*, Assistant Attorney General, for the defendant.

MOLLISON, Judge: Counsel for the parties have submitted the appeals for reappraisement enumerated in schedule "A," attached hereto, upon a stipulation on the basis of which I find that, except for the items of merchandise set forth in schedule "B," also attached hereto, the proper basis for the determination of the value of the merchandise involved in the said appeals for reappraisement is export value, as defined in section 402(d), Tariff Act of 1930, as amended, and that such value in each instance is the invoice unit value, less ocean freight and insurance, with no allowance for any discounts appearing on the invoices.

The appeals for reappraisement having been abandoned as to the merchandise specified in schedule "B," they are, to that extent, dismissed.

Judgment will issue accordingly.

Schedule B

Los Angeles Entries, reappraisement Nos. R59/2388, etc.

| Reappraisement No. | Entry No. | Date of export | Description of merchandise | Appraised per M sq. feet |
|---|---|---|---|---|
| R59/2812 | 25720 | 12/5/57 | | |

Shipper: Ahlstrom, birch plywood as follows:

| | | | BB/WG grade ⅝″ 48″ x 96″ 36″ x 96″ 48″ x 72″ 60″ x 60″ 48″ x 48″ 48″ x 36″ | Invoice price less N.D.C. |

Shipper: Kaukas, birch plywood as follows:

| | | | BB/WG grade ¼″ thick 53¹⁵⁄₁₆″ x 20¾″ etc. 44½″ x 27½″ etc. | Inv. price less N.D.C. |
| | | | BBJ/BB grade ¾″ thick 31¼″ x 21¾″ 53½″ x 22¹⁄₁₆″ 44″ x 22⅛″ etc. | Inv. price less N.D.C. |

| R59/2818 | 29007 | 2/14/57 | | |

Shipper: Kaukas, O.Y., birch blockboards as follows:

| | | | BJ/WG grade ¾″ 59″ x 17″ 53″ x 17″ 30¾″ x 16¾″ 29¼″ x 16¾″ 28½″ x 28½″ | Inv. unit values less ocean freight and insurance |

Shipper: Kaukas, O. Y., birch blockboards as follows:

| | | | BJ/WG grade, ¾″ 44¼″ x 5¾″ 32½″ x 14¼″ 20¼″ x 15¼″ | Inv. unit values less ocean freight and insurance |

| R59/2820 | 27742 | 2/3/57 | | |

Shipper: Enso-Gutzeit, birch plywood as follows:

| | | | BB/WG grade, ⅝″ 18″ x 20″ | Inv. unit values less ocean freight and insurance |

| R59/2822 | 4272 | 6/25/57 | | |

Shipper: Kaukas, O.Y., birch blockboards as follows:

| | | | BJ grade ¾″ 41¾″ x 13″ 38½″ x 11½″ | Inv. unit values less ocean freight and insurance |
| | | | BJ/WG grade, ¾″ 62″ x 19″ | |